THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILSON SYKES, Appellant. [807 NYS2d 924]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Ontario County Court, Craig J. Doran, J.— Criminal Sale Controlled Substance, 3rd Degree). Present— Pigott, Jr., P.J., Hurlbutt, Martoche, Pine and Hayes, JJ.